112 P.3d 738

# SUPREME COURT OF HAWAI'I

Dacanay v. Liberty Mut. Ins. Co. . . . 25424    04/05/2005   Granted       —— Hawai'i ——,
—— P.3d ——